

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00331-CV

**CITY OF PEARSALL**,
Appellant

v.

Sergio **CORREA**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 16-12-00464CVF
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee Sergio Correa recover his costs of this appeal from appellant City of Pearsall.

SIGNED November 14, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice